Ángel J. Valencia (D.C. Bar No. 1552471) (*Pro Hac Vice*)
ajv@nrtw.org
Milton L. Chappell (D.C. Bar No. 936153) (*Pro Hac Vice*)
mlc@nrtw.org
**c/o NATIONAL RIGHT TO WORK LEGAL DEFENSE FOUNDATION, INC.**
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
Telephone: (703) 321-8510

Georlen K. Spangler, Esq. (NV Bar No. 3818)
spanglerlaw@outlook.com
Stephen A. Davis, Esq. (NV Bar No. 14185)
sdavislaw@outlook.com
**The Law Office of Georlen K. Spangler**
2620 Regatta Drive
Suite 102
Las Vegas, NV  89128
Telephone: (702) 381-5830

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MELODIE DEPIERRO, an individual,<br>      Plaintiff,<br><br>v.<br><br>LAS VEGAS POLICE PROTECTIVE ASSOCIATION METRO, INC., a Nevada non-profit corporation; and LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada,<br>      Defendants. | Case No. 20-cv-01481-GMN-VCF<br><br>**STIPULATION TO EXTEND THE TIME TO RESPOND TO DEFENDANT LAS VEGAS METROPOLITAN POLICE DEPARTMENT'S MOTION TO DISMISS (FIRST REQUEST)** |

**STIPULATION TO EXTEND THE TIME TO RESPOND TO DEFENDANT LAS VEGAS METROPOLITAN POLICE DEPARTMENT'S MOTION TO DISMISS**
**(First Request)**

Plaintiff Melodie DePierro ("DePierro") and Defendant Las Vegas Metropolitan Police Department ("LVMPD"), by and through their undersigned counsel, hereby stipulate and request that the Court order the deadline for DePierro to file her response to LVMPD's Motion to Dismiss (Dkt. 11, filed on September 23, 2020) be extended and set to October 19, 2020, and that the deadline for LVMPD's reply be set to October 26, 2020, on the following grounds:

1. On September 23, 2020, LVMPD filed a motion to dismiss DePierro's Complaint (Dkt.

11). As per Civil Local Rule 7-2, DePierro's current deadline to respond to LVMPD's motion to dismiss is October 7, 2020.

2. On October 5, 2020, Defendant Las Vegas Police Protective Association ("PPA") filed its own motion to dismiss DePierro's Complaint (Dkt. 13). As per Civil Local Rule 7-2, DePierro's deadline to respond to PPA's motion to dismiss is October 19, 2020.

3. DePierro intends to oppose both motions to dismiss. In order to simplify the briefing schedule by allowing DePierro to separately respond to both dispositive motions on the same day, the appearing parties request that DePierro's deadline to respond to LVMPD's motion to dismiss be set to October 19, 2020.

4. Based on this stipulation, the appearing parties request that the Court enter an order granting an extension of time for DePierro to respond to LVMPD's motion to dismiss until October 19, 2020 and October 26, 2020 for LVMPD to reply to DePierro's response in opposition. This is the first stipulation for extension of time to respond to any motion to dismiss. The instant request is being made in good faith without the intention of delaying or affecting the Court's calendar.

**IT IS SO STIPULATED.**

Dated: October 6, 2020

      *s/Ángel J. Valencia*
      Ángel J. Valencia, Esq.
(*Pro Hac Vice*)
Milton L. Chappell, Esq.
(*Pro Hac Vice*)

**The Law Office of Georlen K. Spangler**

Georlen K. Spangler, Esq. (NV Bar No. 3818)
Stephen A. Davis, Esq. (NV Bar No. 14185)

Attorneys for Plaintiff Melodie DePierro

*s/Nick D. Crosby*
Nick. D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, NV 89145

Attorney for Defendant LVMPD

| | |
|---|---|
| 1 | Ángel J. Valencia (D.C. Bar No. 1552471) (*Pro Hac Vice*) |
|   | ajv@nrtw.org |
| 2 | Milton L. Chappell (D.C. Bar No. 936153) (*Pro Hac Vice*) |
|   | mlc@nrtw.org |
| 3 | **c/o NATIONAL RIGHT TO WORK LEGAL** |
|   | **DEFENSE FOUNDATION, INC.** |
| 4 | 8001 Braddock Road, Suite 600 |
|   | Springfield, Virginia 22160 |
| 5 | Telephone: (703) 321-8510 |

Georlen K. Spangler, Esq. (NV Bar No. 3818)
spanglerlaw@outlook.com
Stephen A. Davis, Esq. (NV Bar No. 14185)
sdavislaw@outlook.com
**The Law Office of Georlen K. Spangler**
2620 Regatta Drive
Suite 102
Las Vegas, NV  89128
Telephone: (702) 381-5830

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MELODIE DEPIERRO, an individual,<br>    Plaintiff,<br><br>v.<br><br>LAS VEGAS POLICE PROTECTIVE ASSOCIATION METRO, INC., a Nevada non-profit corporation; and LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada,<br>    Defendants. | Case No. 20-cv-01481-GMN-VCF<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF DEPIERRO'S AND DEFENDANT LAS VEGAS METROPOLITAN POLICE DEPARTMENT'S STIPULATION TO EXTEND THE TIME TO RESPOND TO THE MOTION TO DISMISS** |

After the Court's consideration of the Stipulation to Extend the Time to Respond to Defendant Las Vegas Metropolitan Police Department's (LVMPD) Motion to Dismiss (Dkt. 11), IT IS HEREBY GRANTED.

IT IS HEREBY ORDERED that Plaintiff DePierro shall have until October 19, 2020 to file any response to Defendant LVMPD's Motion to Dismiss and Defendant LVMPD shall have until October 26, 2020 to file any reply.

**IT IS SO ORDERED.**

Dated this __7__ day of October, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

1