Richard G. McCracken, Esq. (SBN 2748)
Kimberley C. Weber, Esq. (SBN 14434)
**McCRACKEN, STEMERMAN & HOLSBERRY, LLP**
1630 S. Commerce Street, Suite A-1
Las Vegas, NV 89102
Tel.: (702) 386-5107
Fax: (702) 386-9848
Email: rmccracken@msh.law
      kweber@msh.law

ATTORNEYS FOR DEFENDANTS,
*Las Vegas Police Protective Association Metro, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MELODIE DEPIERRO, an individual<br><br>Plaintiffs,<br><br>v.<br><br>LAS VEGAS POLICE PROTECTIVE ASSOCIATION METRO, INC., a Nevada non-profit corporation; and LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada<br><br>Defendants. | CASE NO. 2:20-cv-01481-GMN-VCF<br><br>**STIPULATION, REQUEST, AND ORDER EXTENDING TIME TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS**<br>(First Request) |

      Defendant Las Vegas Police Protective Association ("LVPPA"), by and through its attorney, Richard G. McCracken, Esq.; Defendant Las Vegas Metropolitan Police Department ("LVMPD"), by and through its attorney Nick D. Crosby, Esq.; and Plaintiff Melodie DePierro, by and through her attorney Angel J. Valencia, Esq. hereby respectfully submit this Stipulation, Request, and Order Extending Time to Reply to Plaintiff's Response to Defendants' Motions to Dismiss. This Stipulation is made in accordance with LR IA 6-1, LR IA 6-2, and LR II 7-1 of the Local Rules of this Court.

1  This is the first request for an extension of time to file a reply to Plaintiff's response to Defendants' motions to dismiss. Defendant LVMPD's motion to dismiss was filed on September 23, 2020. Defendant LVPPA's motion to dismiss was filed on October 5, 2020. Plaintiff's response to both motions was filed on October 19, 2020. The below extensions is requested as counsel for LVMPD and LVPPA require additional time to prepare a reply to Plaintiff's response.

Upon agreement between all the parties, the undersigned respectfully requests the Court grant an extension of time to November 2, 2020 for LVPPA and LVMPD to file their respective replies to Plaintiff's response to Defendants' motions to dismiss.

DATED: October 21, 2020                McCRACKEN, STEMERMAN & HOLSBERRY

*/s/ Kimberley C. Weber*
Richard G. McCracken, Esq. (SBN 2748)
Kimberley C. Weber, Esq. (SBN 14434)
1630 S. Commerce Street, Suite A-1
Las Vegas, NV 89102
*Attorneys for Defendant Las Vegas Police Protective Association Metro, Inc.*


   */s/ Nick D. Crosby*
Nick D. Crosby, Esq.
Nevada Bar No. 8996
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorney for Defendant Las Vegas Metropolitan Police Department*

| | |
|---|---|
| 1 | |
| 2 | _/s/ Angel J. Valencia_ |
| 3 | Ángel J. Valencia (D.C. Bar No. 1552471) (Pro Hac Vice)<br>ajv@nrtw.org |
| 4 | Milton L. Chappell (D.C. Bar No. 936153) (Pro Hac Vice)<br>mlc@nrtw.org |
| 5 | c/o NATIONAL RIGHT TO WORK LEGAL |
| 6 | DEFENSE FOUNDATION, INC.<br>8001 Braddock Road, Suite 600 |
| 7 | Springfield, Virginia 22160<br>*Attorneys for Plaintiff Melodie DePierro* |

**ORDER**

IT IS SO ORDERED.
Dated this 22 day of October, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

---

STIPULATION, REQUEST, AND ORDER EXTENDING TIME TO REPLY TO PLAINTIFF'S RESPONSE TO
DEFENDANTS' MOTIONS TO DISMISS (First Request)        CASE NO. 2:20-CV-01481-GMN-VCF

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October, 2020, the foregoing **STIPULATION, REQUEST, AND ORDER EXTENDING TIME TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS (First Request)** was made by electronic service via CM/ECF filing system upon the following:

Georlen K. Spangler, Esq.
Stephen A. Davis, Esq.
THE LAW OFFICE OF GEORLEN K. SPANGLER
spanglerlaw@outlook.com
sdavislaw@outlook.com

*Attorneys for Plaintiff*

Angel J. Valencia, Esq. (pro hac vice)
Milton L. Chappell, Esq. (pro hac vice)
c/o NATIONAL RIGHT TO WORK LEGAL DEFENSE FOUNDATION, INC.
ajv@nrtw.org
mlc@nrtw.org

*Attorneys for Plaintiff*

Nick D. Crosby, Esq.
MARQUIS AURBACH CUFFING
ncrosby@maclaw.com

*Attorney for Defendant Las Vegas Metropolitan Police Department*

Dated:   October 21, 2020           /s/ Marcie Boyle
                                    Marcie Boyle