Georlen K. Spangler, Esq. (NV Bar No. 3818)
spanglerlaw@outlook.com
Stephen A. Davis, Esq. (NV Bar No. 14185)
sdavislaw@outlook.com
**The Law Office of Georlen K. Spangler**
2620 Regatta Drive
Suite 102
Las Vegas, NV 89128
Telephone: (702) 381-5830

Ángel J. Valencia (D.C. Bar No. 1552471) (*Pro Hac Vice*)
ajv@nrtw.org
Milton L. Chappell (D.C. Bar No. 936153) (*Pro Hac Vice*)
mlc@nrtw.org
**c/o NATIONAL RIGHT TO WORK LEGAL DEFENSE FOUNDATION, INC.**
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
Telephone: (703) 321-8510

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MELODIE DEPIERRO, an individual,<br>　　Plaintiff,<br><br>v.<br><br>LAS VEGAS POLICE PROTECTIVE ASSOCIATION METRO, INC., a Nevada non-profit corporation; and LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada,<br>　　Defendants. | Case No.: 20-cv-01481-GMN-VCF<br><br>**STIPULATION, REQUEST, AND ORDER EXTENDING TIME TO FILE REPLIES**<br><br>**Constitutional Violation Action (42 U.S.C. § 1983), Declaratory Judgment, Injunctive Relief, Compensatory and Nominal Damages.** |

  Plaintiff Melodie DePierro ("DePierro"), Defendant Las Vegas Police Protective Association Metro, Inc. ("LVPPA"), and Defendant Las Vegas Metropolitan Police Department ("LVMPD"), by and through their respective counsel, respectfully submit the following Stipulation, Request, and Order Extending the Time for DePierro to Reply to LVPPA's Opposition to DePierro's Motion for Summary Judgment, for LVMPD to Reply to DePierro's Opposition to LVMPD's Motion for Summary Judgment, and for LVPPA to Reply to DePierro's Opposition to LVPPA's Motion for Summary Judgment. This Stipulation is made pursuant to LR IA 6-1, LR IA 6-2, and LR II 7-1 of the Local Rules of this Court.

1

DePierro's Motion for Summary Judgment was filed on April 21, 2021 (Dkt. 33). LVMPD filed its Opposition to DePierro's Motion for Summary Judgment on May 4, 2021 (Dkt. 36). LVPPA's Opposition to DePierro's Motion for Summary Judgment was filed on May 11, 2021 (Dkt. 37). DePierro replied to LVMPD's Opposition to her Motion for Summary Judgment on May 18, 2021 (Dkt. 42). DePierro intends to reply to LVPPA's Opposition to her Motion for Summary Judgment.

LVMPD filed its Motion for Summary Judgment on April 21, 2021 (Dkt. 29). DePierro filed her Opposition to LVMPD's Motion for Summary Judgment on May 12, 2021 (Dkt. 41). LVMPD intends to reply to DePierro's Opposition to its Motion for Summary Judgment.

LVPPA filed its Motion for Summary Judgment on April 21, 2021 (Dkt. 32). DePierro filed her Opposition to LVPPA's Motion for Summary Judgment on May 12, 2021 (Dkt. 40). LVPPA intends to reply to DePierro's Opposition to its Motion for Summary Judgment.

Dated: May 25, 2021

                    *s/Ángel J. Valencia*
                    Ángel J. Valencia, Esq.
                    *(Pro Hac Vice)*
                    Milton L. Chappell, Esq.
                    *(Pro Hac Vice)*

**The Law Office of Georlen K. Spangler**

                    Georlen K. Spangler, Esq. (NV Bar No. 3818)
                    Stephen A. Davis, Esq. (NV Bar No. 14185)

                    Attorneys for Plaintiff Melodie DePierro




McCRACKEN, STEMERMAN & HOLSBERRY


*s/ Richard G. McCracken*
Richard G. McCracken, Esq. (SBN 2748)
*s/ Kimberley C. Weber*
Kimberley C. Weber, Esq. (SBN 14434)
1630 S. Commerce Street, Suite A-1
Las Vegas, NV 89102
*Attorneys for Defendant Las Vegas Police Protective Association Metro, Inc.*



*s/Nick D. Crosby*
Nick D. Crosby, Esq.
Nevada Bar No. 8996
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorney for Defendant Las Vegas Metropolitan Police Department*

The instant extension is requested as counsel for the parties require additional time to prepare their respective replies. Upon agreement between all the parties, the undersigned respectfully requests that the Court grant an extension of time until June 7, 2021 for DePierro to file her Reply to LVPPA's Opposition to her Motion for Summary Judgment, and for LVPPA and LVMPD to file their respective replies to DePierro's Oppositions to LVPPA's and LVMPD's Motions for Summary Judgment.

**ORDER**

IT IS SO ORDERED *nunc pro tunc*.

Dated this  3  day of  June , 2021.

_____
Gloria M. Navarro, District Judge
United States District Court

4

**CERTIFICATE OF SERVICE**

I certify that on May 25, 2021, the aforementioned *Stipulation, Request, and Order Extending Time to File Replies* was filed electronically in this case. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Ángel J. Valencia
ÁNGEL J. VALENCIA
*Counsel for Plaintiff Melodie DePierro*